UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Aislinn M. Soofi , | Chapter: 7 |
| Debtor | Case No: 20–40954 |
| | Judge Christopher J. Panos |

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that Joseph H. Baldiga, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:1/14/21

By the Court,

Christopher J. Panos
U.S. Bankruptcy Judge